IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02272-WYD-KLM

MATHEW DAUGHERTY;
DARWIN L. HARPER;
DANIEL GASTON;
DAVID GASTON;
GUILLERMO GRADO; and
CHARLES GRIMSLEY, on their behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of "Defendant's Response to November 29, 2010 Minute Order [Docket No. 27]" filed December 3, 2010 (ECF No. 29) in which Defendant asserts that its original motions to dismiss should be denied as moot in light of the First Amended Complaint, Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) or, in the Alternative, Motion to Compel Arbitration and Stay the Arbitration Pending Arbitration (ECF No. 14) and Defendant's Motion to Dismiss Plaintiff David Gaston's Claim (ECF No. 15) are **DENIED AS MOOT**.

    Dated: December 13, 2010.