**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02272-WJM-KLM

MATTHEW DAUGHERTY,
DARWIN L. HARPER,
DANIEL GASTON,
DAVID GASTON,
GUILLERMO GRADO,
CHARLES GRIMSLEY, and
JARED LANGLEY, on their behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

    Defendant.

---

**ORDER FOR PARTIES TO SUBMIT BRIEFS REGARDING THE IMPACT OF
*AT&T MOBILITY LLC V. CONCEPCION*, NO. 09-893 (U.S. April 27, 2011),
ON PENDING MOTION TO COMPEL ARBITRATION**

---

On December 6, 2010, Defendant filed a Motion to Dismiss, or in the Alternative, Motion to Compel Arbitration and Stay the Proceedings Pending Arbitration. (ECF No. 32.) In the Motion, Defendant asks the Court to compel Plaintiffs to arbitration based on the arbitration clause contained in Plaintiffs' Independent Contractor Agreements. The Court has set the Motion for oral argument on June 15, 2011. (ECF No. 55.)

On April 27, 2011, the United States Supreme Court decided *AT&T Mobility LLC v. Concepcíon*, No. 09-893 (U.S. April 27, 2011) holding that the Federal Arbitration Act preempted California's judicially-created rule regarding the unconscionability of class arbitration waivers in consumer contracts. Having reviewed Defendant's Motion and the

subsequent filings submitted by both parties, the Court finds that the *Concepcíon* decision may impact resolution of this Motion.

Accordingly, the parties are ORDERED to submit simultaneous briefs on *Concepcíon*'s impact on the issues raised by Defendant's Motion. These supplemental briefs shall be filed no later than **June 6, 2011**. No response or reply briefs will be permitted.

Dated this 24th day of May, 2011.

BY THE COURT:

William J. Martinez
United States District Judge