IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02272-RBJ-KLM

DAVID GASTON,
DAVID SMITH,
MATTHEW DAUGHERTY,
DARWIN L. HARPER,
DANIEL GASTON,
GUILLERMO GRADO,
CHARLES GRIMSLEY,
JARED W. LANGLEY,
KEVIN SMITH,
BRETT CRABB, and
CODY TAGUE, on their behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order and Motion for Extension of Time to Disclose Experts** [Docket No. 144; Filed January 14, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#144] is **GRANTED**. The Scheduling Order entered on September 24, 2012 [#129] is amended to extend the following deadline:

- Affirmative Expert Disclosure Deadline      **February 19, 2013**

Dated: January 15, 2013