IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02272-RBJ-KLM

DAVID GASTON,
DAVID SMITH,
MATTHEW DAUGHERTY,
DARWIN L. HARPER,
DANIEL GASTON,
GUILLERMO GRADO,
CHARLES GRIMSLEY,
JARED W. LANGLEY,
KEVIN SMITH,
BRETT CRABB, and
CODY TAGUE, on their behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Third Motion to Amend Scheduling Order Regarding Expert Reports** [Docket No. 158; Filed February 20, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#158] is **GRANTED**. The Scheduling Order entered on September 24, 2012 [#129], as amended on January 15, 2013 [#46], is further modified to extend the following deadlines:

- Plaintiffs' Affirmative Expert Disclosure Deadline    **February 20, 2013**
- Defendant's Rebuttal Expert Disclosure Deadline    **April 1, 2013**

Dated: February 21, 2013