**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 10-cv-02272-RBJ-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: February 28, 2013** | Courtroom Deputy, Bernique Abiakam |

DAVID GASTON, et al.,

    Hollie Lynn Wieland

    **Plaintiffs,**

v.

ENCANA OIL & GAS (USA), INC.,
a Delaware corporation,

    Mary Hurley Stuart
    Christopher J. Brady

    **Defendant.**

**COURTROOM   MINUTES  /  MINUTE   ORDER**

**HEARING: TELEPHONIC   DISCOVERY   HEARING
Court in session: 9:34 a.m.**

Court calls case.  Appearances of Plaintiffs counsel, via telephone, and Defendant's counsel in person.

This matter is before the Court regarding **Plaintiffs' Motion For Protective Order** with respect to subpoenas, **Plaintiffs' Oral Motions To Compel Responses To Written Discovery, and Defendant's Oral Motions To Compel Responses To Written Discovery.**

Counsel provide the background and basis of the discovery dispute.  For the reasons stated on the record,

**It is ORDERED:**  Plaintiffs' Motion For Protective Order, with respect to subpoenas, (Filed 2/11/13; Doc. No. 150) is GRANTED in PART and DENIED in PART.  The subpoenas shall be limited to the following information: (1) earnings or other compensation of Plaintiffs; (2) Plaintiffs' job descriptions, resumes, and representations regarding job duties at Mesa Field Services; and (3) work held by Plaintiffs prior and/or subsequent to their employment at Mesa Field Services.

*10-cv-02272-RBJ-KLM*
*Discovery Hearing*
*February 28, 2013*

Plaintiffs' Oral Motion To Compel Responses To Written Discovery is RULED UPON AS FOLLOWS and as specified on the record:

    Plaintiffs' objection to Defendant's general objection No. 5 is SUSTAINED. Defendant shall respond to Plaintiffs' First Set of Interrogatories, Requests for Admissions and Requests for Production of Documents for the time period from January 1, 2004 forward unless otherwise specified in the discovery request.

    Plaintiffs' objection to Defendant's general objection No. 7 is SUSTAINED.

    Plaintiffs' Oral Motion to Compel response to Interrogatories Nos. 1, 2, and 3 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion To Compel response to Interrogatory No. 4 is GRANTED in PART and DENIED in Part.

    Plaintiffs' Oral Motion to Compel response to Interrogatory No. 5 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion to Compel response to Interrogatory No. 6 and Request for Production No. 12 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion to compel a response to Interrogatory No. 7 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion to Compel responses to Interrogatory No. 8 and Request for Production of Documents No. 8 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion to Compel response to Interrogatory No. 13 is GRANTED in PART and DENIED in PART.

    Plaintiffs' Oral Motion to Compel response to Request for Production of Documents No. 14 is GRANTED.

    Plaintiffs' Oral Motion to compel response to Request for Production of Documents No. 16 is GRANTED.

Defendant's Oral Motion To Compel Responses To Written Discovery are RULED UPON AS FOLLOWS and as specified on the record:

    Defendant's Oral Motion to Compel response to Request for Production of Documents No. 2 and Interrogatory No. 7 is GRANTED in PART and DENIED in

*10-cv-02272-RBJ-KLM*
*Discovery Hearing*
*February 28, 2013*

PART.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 4 and Interrogatory No. 10 is GRANTED.  Deadline for response is March 8, 2013, otherwise sanctions may be imposed.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 5 is GRANTED.

Defendant's Oral Motion to Compel response to Request for Production No. 6 is GRANTED.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 7 is GRANTED in PART and DENIED in PART.

Defendant's Oral Motion to Compel response to Interrogatory No. 8 is GRANTED.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 8 is GRANTED.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 9 is GRANTED.

Defendant's Oral Motion to Compel response to Request for Production of Documents No. 11 is GRANTED.

HEARING CONCLUDED.
Court in recess: 11:44
Total In-court time: 2 hours, 10 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.