IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02272-RBJ-KLM

DAVID GASTON,
DAVID SMITH,
MATTHEW DAUGHERTY,
DARWIN L. HARPER,
DANIEL GASTON,
GUILLERMO GRADO,
CHARLES GRIMSLEY,
JARED W. LANGLEY,
KEVIN SMITH,
BRETT CRABB, and
CODY TAGUE, on their behalf and on behalf of those similarly situated,

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Extension to Respond to Second Discovery by Both Plaintiffs and Defendants, Stipulated Motion for Extension by Defendants to Provide Rebuttal Report to Plaintiffs' Expert James Evenson, Ph.D. and Stipulated Motion to Amend Scheduling Order** [Docket No. 170; Filed March 22, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#170] is **GRANTED**. The Scheduling Order entered on September 24, 2012 [#129] and amended on January 15, 2013 [#146] and February 21, 2013 [#160], is further modified to extend the following deadlines:

| | |
|---|---|
| • Rebuttal Expert Disclosure Deadline | **April 15, 2013** |
| • Deadline to Respond to Second Set of Written Discovery | **April 8, 2013** |

    Dated: March 25, 2013